JEFFREY A. SWEDO (SBN: 78361)
jswedo@grsm.com
PAMELA J. SILK (SBN: 179359)
psilk@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6989
Facsimile: (949) 474-2060

Attorneys for Defendants
PETER PETSCHENIG SHOWJUMPING, LLC;
PETER PETSCHENIG; NATHALIE COOPER PETSCHENIG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSICA SPERANZA and PARKER JUMPERS, LLC, a California limited liability company,

Plaintiffs,

vs.

PETER PETSCHENIG SHOWJUMPING, LLC, a Texas limited liability company; PETER PETSCHENIG; NATHALIE COOPER PETSCHENIG; and DOES 1 to 10, inclusive

Defendants.

CASE NO. 8:21-cv-00585

**NOTICE OF LODGMENT OF STATE COURT PLEADINGS**

**TO THIS HONORABLE COURT:**

Pursuant to 28 U.S. Code § 1446 (a), Defendant PETER PETSCHENIG SHOWJUMPING, LLC ("Defendant") hereby lodges true and correct copies of all process, pleadings, and orders served by or on Defendant in the Superior Court of the State of California, County of Orange, Case No. 30-2021-01178817-CU-CO-CJC.

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

| **Exhibit** | **Title** | **Party** |
|---|---|---|
| A. | Summons & Complaint | Plaintiff |

Dated: March 29, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Jeffrey A. Swedo*
JEFFREY A. SWEDO
PAMELA J. SILK
Attorneys for Defendants
PETER PETSCHENIG SHOWJUMPING, LLC; PETER PETSCHENIG; NATHALIE COOPER PETSCHENIG

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-2-

1230523/57253438v.1

NOTICE OF LODGMENT OF STATE COURT PLEADINGS ON BEHALF OF DEFENDANT PETER PETSCHENIG SHOWJUMPING, LLC